UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-1879 MJD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TIMOTHY PRIGGE, Defendant. | ) | STIPULATION AND ORDER |

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including March 20, 2002, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: February 28, 2002

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 2-27-2002

TIMOTHY PRIGGE, pro se
Defendant

IT IS SO ORDERED.

Dated: March 1, 2002

United States Magistrate Judge
United States District Court

MAR 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK