# United States District Court
# District of Minnesota

UNITED STATES OF AMERICA

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-1879 MJD/SRN

TIMOTHY P. PRIGGE

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of TEN THOUSAND FOUR HUNDRED EIGHTY-THREE DOLLARS AND 68/100 Dollars ($ 10,483.68) WITH ADDITIONAL PREJUDGMENT INTEREST AT THE RATE OF EIGHT PERCENT PER ANNUM FROM JUNE 20, 2001.

RICHARD D. SLETTEN, CLERK

DATED: APRIL 23, 2002

By E Knoblauch

E. Knoblauch, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 6,718.95 |
| Costs and disbursements | $ 150.00 |
| Interest to 6/20/01 +add'l interest | $ 3,614.73 |
| Surcharge | $ |
| **TOTAL JUDGMENT** | $ 10,483.68 |

(10)